424 A.2d 500

**Clarence FORTNEY, t/d/b/a Fortney's Garden Center, Appellant,**

v.

**BELL TELEPHONE OF PENNSYLVANIA and Counties Contracting and Construction Company.**

Supreme Court of Pennsylvania.

Argued Oct. 14, 1980.

Decided Jan. 27, 1981.

Daniel M. Pell, York, for appellant.

William F. Martson, Daniel K. Deardorff, Carlisle, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted, 267 Pa.Super. 576, 407 A.2d 391.